# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OSCAR ISMAEL TAPIZ DE LOS ANGELES, <br><br> Defendant. | CASE NO.: 21CR1600-JLS <br><br> Hon. Janis L. Sammartino <br><br> **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and good cause appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting date of July 9, 2021 at 1:30 p.m. be continued to **August 13, 2021 at 1:30 p.m.**

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: June 29, 2021

Hon. Janis L. Sammartino
United States District Judge