1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## SOUTHERN DISTRICT OF CALIFORNIA

7

8 | UNITED STATES OF AMERICA

9 |         Plaintiff,

10 |    v.

11 | OSCAR ISMAEL TAPIZ DE LOS ANGELES,

12

13 |         Defendant.

Case No.:   21CR1600-JLS

Hon. Janis L. Sammartino
Date: September 17, 2021
Time: 1:30 p.m.

**ORDER**

14

15      JOINT MOTION HAVING BEEN ENTERED by the parties, and

16      GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's

17 Motion Hearing/Trial Setting of August 13, 2021 at 1:30 p.m. be continued to

18 **September 17, 2021 at 1:30 p.m. before the Honorable Janis L. Sammartino.**

19      For the reasons set forth in the joint motion, the Court finds that the ends of

20 justice will be served by granting the requested continuance, and these outweigh

21 the interests of the public and the defendant in a speedy trial.  Accordingly, the

22 delay occasioned by this continuance is excludable pursuant to 18 U.S.C. §

23 3161(h)(7)(A).

24      IT IS SO ORDERED.

25 Dated:  August 11, 2021

                                *Janis L. Sammartino*

26                              Hon. Janis L. Sammartino
                             United States District Judge

27
28